UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:04-M-36

UNITED STATES OF AMERICA )
) ORDER ALLOWING DISMISSAL OF
v. ) CRIMINAL INFORMATION AND
) WITHDRAWAL OF ARREST WARRANT
MEKO T. LOCKEE )

Leave of court is granted for the filing of the foregoing dismissal.

9-17-2010
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE